# EXHIBIT A

STATE OF TEXAS

COUNTY OF Dallas

## BUSINESS RECORDS AFFIDAVIT

Before me, the undersigned authority, personally appeared NASSER, Shafia NAVROZ who, being duly sworn, deposed and stated:

"I am over the age of eighteen and fully competent to make this affidavit, and I have personal knowledge of the facts stated herein. I am a custodian of records of DFW Shredding, Inc. Attached hereto are __1__ pages of records from DFW Shredding, Inc. These records are kept by DFW Shredding, Inc. in the regular course of business, and it is the regular course of business for an employee or representative of DFW Shredding, Inc. with knowledge of the acts, events, conditions, opinions, or transactions recorded to make the records or transmit information to be included in the records, and the records were made at or near the time or reasonably soon thereafter. The records attached hereto are originals or exact duplicates of the originals.

_____
Affiant's signature

SUBSCRIBED, SWORN TO AND ACKNOWLEDGED before me on this 24th day of MARCH, 2010.

_____
Notary Public, State of Texas



ABDELILAH CHOUAIBI
Notary Public, State of Texas
My Commission Exp. 06-19-2011




# DFW Shredding, Inc.

P.O. Box 794392
Dallas, TX 75379

www.DFWShredding.com
972-380-8877/817-249-8700

# INVOICE

| Invoice Date | Invoice # |
|---|---|
| 2-11-10 | 799904 |
| Service | |
| (PURGE) / ROUTINE | |

**SHREDDED FOR:**
Yellow Cab Company
2200 S Riverside Dr.
Fort Worth, TX 76104

TEL:

**SHREDDING LOCATION:**
Same

TEL:

TECHNICIAN:
TERMS: DUE UPON RECEIPT / $10.00 SERVICE CHARGE EVERY 30 DAYS
P.O. NO.

| QTY. SHREDDED | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | INITIAL 96 GALLON / 66 GALLON / CONSOLE / BOX | | |
| | (ON-SITE) / OFF-SITE SHREDDING | | N/C |
| 2 | (96 GALLON) / 66 GALLON / CONSOLES / BOXES | $59 | $118.00 |
| | (TRIP) / JET SHRED / SERVICE CHARGE | $59 | $59.00 |
| | | | $177.00 |
| | WE APPRECIATE YOUR BUSINESS | TOTAL | $177.00 |
| | PRINT NAME: Liz G... | AMOUNT PAID | — |
| | CUSTOMER SIGNATURE | AMOUNT DUE | $177.00 |

## PAYMENT METHOD

☐ Mastercard  ☐ Visa  ☐ American Express  ☐ Cash  ☐ Check #

CARD NUMBER | EXP. DATE | SEC CODE | ZIP CODE
AMOUNT | SIGNATURE

☐ Please charge my credit card for the payment above as well as future mo. invoices

PLEASE GIVE US YOUR FEEDBACK: service@DFWShredding.com
THANK YOU FOR REFERRING US